```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                     CASE NO. 07 B 03429
   ARDELLA J WASHINGTON
                                           CHAPTER 13

                                           JUDGE: JACQUELINE P COX

         Debtor
    SSN XXX-XX-3086

------------------------------------------------------------------------------
               TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     The case was filed on 02/27/2007 and was confirmed 05/21/2007.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors   10.00%.

     The case was dismissed after confirmation 11/19/2007.
------------------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT    INTEREST     PRINCIPAL
                                                            PAID         PAID
------------------------------------------------------------------------------
NEW CENTURY MORTGAGE COR  NOTICE ONLY    NOT FILED          .00           .00
NEW CENTURY MORTGAGE COR  CURRENT MORTG       .00           .00           .00
NEW CENTURY MORTGAGE COR  MORTGAGE ARRE  11661.84           .00           .00
ACME CONTINENTAL CU       SECURED VEHIC   1878.58           .00        313.08
CAPITAL ONE               NOTICE ONLY    NOT FILED          .00           .00
CAPITAL ONE               UNSECURED       1099.07           .00           .00
ECAST SETTLEMENT CORP     UNSECURED        584.54           .00           .00
STARKS & BOYD PC          DEBTOR ATTY    1,674.00                     1,070.32
TOM VAUGHN                TRUSTEE                                        98.60
DEBTOR REFUND             REFUND                                           .00

         Summary of Receipts and Disbursements:
------------------------------------------------------------------------------
                          RECEIPTS            DISBURSEMENTS
------------------------------------------------------------------------------
TRUSTEE                   1,482.00

PRIORITY                                             .00
SECURED                                           313.08
UNSECURED                                            .00
ADMINISTRATIVE                                  1,070.32
TRUSTEE COMPENSATION                               98.60
DEBTOR REFUND                                        .00
                         ---------------     ---------------
TOTALS                    1,482.00              1,482.00
```

          PAGE  1 - CONTINUED ON NEXT PAGE
     CASE NO. 07 B 03429 ARDELLA J WASHINGTON

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                        /s/ Tom Vaughn
    Dated: 02/26/08                    _____
                                        TOM VAUGHN
                                        CHAPTER 13 TRUSTEE
```